# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHAMADOU DOUCURE,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 25-7400** |
| **v.** | : | |
| | : | |
| **JL JAMISON,** *Warden, Federal* | : | |
| *Detention Center,* | : | |
| *Respondent.* | : | |

## TEMPORARY RESTRAINING ORDER

**AND NOW**, this 31st day of December 2025, at approximately 4:10 P.M. Eastern Standard Time, upon consideration of the *ex-parte emergency motion for temporary restraining order and order to show cause why a preliminary injunction should not be issued* (the "Motion"), (ECF 2), filed by Petitioner Mahamadou Doucure, ("Petitioner"), and the averments in the *petition for a writ of habeas corpus* (the "Petition"), (ECF 1), it is hereby **ORDERED** that the Motion is **GRANTED**, as follows:

1. This Court finds that:

    a. The Petition and Motion raise substantive issues that may have merit; and that time may be of the essence thus justifying action by this Court *ex-parte*,

    b. In the absence of injunctive relief, Petitioner, based on the arguments presented, is likely to suffer substantial, immediate, and irreparable injury, including, *inter alia*, removal from the United States of America without due process of law, in violation of the Fifth Amendment of the United States Constitution, and in contravention of the status previously awarded to him by the United States Citizenship and Immigration Services.

2. Accordingly, unless later rescinded, Respondent JL Jamison, Warden, Federal Detention Center ("Respondent"), and all persons and/or government entities in active concert or participation with the Warden is **RESTRAINED** and **ENJOINED** from taking any action

that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

3. In accordance with Federal Rule of Civil Procedure 65(c), Petitioner shall post nominal security in the amount of two hundred and fifty dollars ($250) with the Clerk of Court for the Eastern District of Pennsylvania by January 8, 2026.

4. This Temporary Restraining Order shall expire on January 14, 2026, at 4:10 P.M., Eastern Standard Time, unless, before such time, Respondent consents to its extension for a longer period of time, or the Court extends the duration of this Order for good cause or adjudicates the underlying Petition or Motion.

5. Respondent shall file a response to Petitioner's Motion on or before January 5, 2026.

6. The parties shall appear for a hearing on Petitioner's Motion on January 9, 2026 at 10:30 a.m. in Courtroom 8B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*