# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHAMADOU DOUCURE,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 25-7400** |
| v. | : | |
| | : | |
| **JL JAMISON,** *Warden, Federal* | : | |
| *Detention Center*, | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this 7th day of January 2026, upon consideration of parties' e-mail correspondence of January 7, 2026, in which Respondent JL Jamison, Warden, Federal Detention Center ("Respondent"), requests an [unopposed] extension of time to file a response to Petitioner Mahamadou Doucure's emergency motion for temporary restraining order, (*see* ECF 2), and for good cause shown, it is hereby **ORDERED** that the request for an extension is **GRANTED**.[1] Accordingly, Respondent shall file his response by the close of business on January 8, 2026.

As such, it is further **ORDERED** that the hearing scheduled for January 9, 2026, is **rescheduled** to January 12, 2026, at 3:30 p.m., in Courtroom 8B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The Court reminds counsel that should they wish to request an alteration to any previously court determined deadline, they should submit such request by motion rather than letter requests.