# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHAMADOU DOUCURE,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 25-7400** |
| **v.** | : | |
| | : | |
| **JL JAMISON,** *Warden, Federal* | : | |
| ***Detention Center***, | : | |
| *Respondent.* | : | |

# ORDER

**AND NOW**, this 9th day of January 2026, upon consideration of the parties' e-mail correspondence of January 8, 2026, in which the Government on behalf of Respondent JL Jamison, Warden, Federal Detention Center ("Respondent"), represents that Petitioner Mahamadou Doucure ("Petitioner") is being processed for release from detention and, therefore, argues that Petitioner's petition for a writ of *habeas corpus* and his emergency motion for temporary restraining order, would be moot, it is hereby **ORDERED** that the hearing scheduled for January 12, 2026, is **CANCELLED**.

Accordingly, it is further **ORDERED** that the parties submit a joint status report to this Court related to Petitioner's release from detention, and the status of this matter, by January 19, 2026, the date on which the Temporary Restraining Order, (ECF 4), is set to expire. Until the status report is received, the Temporary Restraining Order remains in place.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*